165 A.3d 462

**COOPER, Michael K.**

v.

**STATE of Maryland**

**Pet. Docket No. 627, Sept. Term, 2016**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 2472, Sept. Term, 2015).

Petition for writ of certiorari and conditional cross-petition—both denied

∎

165 A.3d 462

**DARLING, Deshaune Darnell**

v.

**STATE of Maryland**

**Pet. Docket No. 124, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Petition for writ of certiorari denied